BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8825
     Facsimile: (415) 744-0134
     E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| EDWIN JEROME BULLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-cv-01267-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF; ORDER** |

     IT IS HEREBY STIPULATED, by and between Edwin Jerome Bullock (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her response to Plaintiff's opening brief. The current due date is March 19, 2016. The new due date will be April 18, 2016.

     This is the first extension of time requested by Defendant in the above-captioned matter. Counsel for Defendant requires additional time to adequately consider and respond to the arguments

Plaintiff raises in her opening brief.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Date:   March 17, 2016        LAW OFFICE OF LAWRENCE D. ROHLFING

                                        By:  /s/ *Denise Bourgeois Haley**
                                        DENISE BOURGEOIS HALEY
                                        Attorneys for Plaintiff
                                        (*As authorized by e-mail on March 17, 2016)

Date:   March 17, 2016        BENJAMIN B. WAGNER
                                        United States Attorney

                                          By:  /s/  *Jennifer Lee Tarn*
                                        JENNIFER LEE TARN
                                        Special Assistant United States Attorney
                                        Attorney for Defendant

## **ORDER**

      Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Commissioner shall file her response to plaintiff's opening brief on or before April 18, 2015.  Any reply shall be filed on or before May 9, 2016.  Additionally, plaintiff's application for retroactive permission to file her opening brief one day late due to electronic filing difficulties is granted.

      This order resolves ECF Nos. 15 and 16.

Dated:  March 21, 2016

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE