PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| EDWIN JEROME BULLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-cv-01267-KJN<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between Edwin Jerome Bullock (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    ///

    ///

    ///

    ///

On remand, the Commissioner will instruct the Administrative Law Judge to provide Plaintiff an opportunity to update the record; reevaluate the nature and severity of Plaintiff's back impairment; reassess the residual functional capacity; if warranted, obtain evidence from a medical expert; and, if warranted, obtain supplemental evidence from a vocational expert.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date:   May 5, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/  *Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney
Attorney for Defendant

Date:   May 13, 2016

LAW OFFICE OF LAWRENCE D. ROHLFING

By:   /s/ *Denise Bourgeois Haley**
DENISE BOURGEOIS HALEY
Attorneys for Plaintiff
(*As authorized by e-mail on May 13, 2016)

STIPULATION                                                                                          CASE NO. 2:15-cv-01267-KJN

**ORDER**

Based on the parties' stipulation to voluntarily remand the action pursuant to sentence four of 42 U.S.C. § 405(g) (ECF No. 20), IT IS HEREBY ORDERED that:

1. The final decision of the Commissioner is REVERSED.

2. The action is remanded to the Commissioner for further proceedings consistent with this stipulation and order pursuant to sentence four of 42 U.S.C. § 405(g).

3. Judgment is entered for plaintiff.

4. Plaintiff's motion for summary judgment (ECF No. 14) is DENIED as moot.

5. The Clerk of Court shall close this case.

Dated:  May 18, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE